UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim. No. 3:06CR137(CFD) |
| : | |
| RONALD E. FERGUSON, : | February 11, 2008 |
| CHRISTOPHER P. GARAND, : | |
| ROBERT D. GRAHAM, : | |
| CHRISTIAN M. MILTON and : | |
| ELIZABETH A. MONRAD, : | |
| : | |
| Defendants. : | |

**MEMORANDUM BY THE UNITED STATES IN FURTHER SUPPORT
OF REQUEST FOR SUPPLEMENTAL INSTRUCTIONS**

The United States respectfully requests that the Court supplement its Proposed Charge on the Third Element for Securities Fraud: Instrumentality of Interstate Commerce. As the government advised the Court this morning before closing arguments (Tr. at 4201), the defendants have no objections to these requests.

The government requests that as proposed in its Proposed Instruction No. 29 (at p.47), the Court add the use of interstate wires to its proposed charge (now at p.37 in the Court's 2/11/08 Charge) with an addition in bold as follows: "Instruments of communication in interstate commerce includes the mails, **interstate wires**, and/or electronic communications over the internet." There is evidence in the case that the AIG Earnings Releases charged in Counts 2 and 4 of the Indictment were distributed via wire service, nationally and internationally, as well as by facsimile.

The government also requests that the Court add the following language in bold to the next sentence in the same first paragraph on page 37: "The use of instruments of communication in interstate commerce alleged in the Indictment are the submissions of AIG reports and filings

to the SEC **and the dissemination of those reports and filings to the investing public** that are specified in Counts Two through Five and Eight through Ten." This tracks the charging language in Counts Two through Five and Eight through Ten of the Indictment.

        Respectfully submitted,

        KEVIN J. O'CONNOR
        UNITED STATES ATTORNEY

        ERIC J. GLOVER
        RAYMOND E. PATRICCO, JR.
        ASSISTANT UNITED STATES ATTORNEYS

        PAUL E. PELLETIER, PRINCIPAL DEPUTY CHIEF
        ADAM G. SAFWAT, TRIAL ATTORNEY
        FRAUD SECTION, CRIMINAL DIVISION
        UNITED STATES DEPARTMENT OF JUSTICE

CERTIFICATION

I hereby certify that on February 11, 2008, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

ERIC J. GLOVER
ASSISTANT U.S. ATTORNEY