UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT



COURT'S EXHIBIT 26
06cr137

| UNITED STATES OF AMERICA | DOCKET NO. 3:06CR137(CFD) |
|---|---|

v.

RONALD E. FERGUSON

### VERDICT FORM FOR DEFENDANT RONALD E. FERGUSON

### COUNT ONE: CONSPIRACY

As to Count One charging Ronald E. Ferguson with conspiracy, we find the defendant *(check one)*:

  __✓__ GUILTY      _____ NOT GUILTY

If you found Ronald E. Ferguson guilty as to Count One, then answer the following questions:

Do all twelve of you agree that Ronald E. Ferguson conspired to commit securities fraud?

  __X__ YES      _____ NO

Do all twelve of you agree that Ronald E. Ferguson conspired to make and cause to be made false and misleading statements in documents and reports required to be filed under the Securities Exchange Act of 1934?

  __X__ YES      _____ NO

Do all twelve of you agree that Ronald E. Ferguson conspired to falsify and cause to be falsified the books and records of a public company?

  __X__ YES      _____ NO

Do all twelve of you agree that Ronald E. Ferguson conspired to commit mail fraud?

  __X__ YES      _____ NO

1

## COUNT TWO: SECURITIES FRAUD

As to Count Two charging Ronald E. Ferguson with securities fraud, we find the defendant *(check one)*:

      __X__ GUILTY                             _____ NOT GUILTY

## COUNT THREE: SECURITIES FRAUD

As to Count Three charging Ronald E. Ferguson with securities fraud, we find the defendant *(check one)*:

      __X__ GUILTY                             _____ NOT GUILTY

## COUNT FOUR: SECURITIES FRAUD

As to Count Four charging Ronald E. Ferguson with securities fraud, we find the defendant *(check one)*:

      __X__ GUILTY                             _____ NOT GUILTY

## COUNT FIVE: SECURITIES FRAUD

As to Count Five charging Ronald E. Ferguson with securities fraud, we find the defendant *(check one)*:

      __X__ GUILTY                             _____ NOT GUILTY

## COUNT SIX: FALSE STATEMENTS TO THE SEC

As to Count Six charging Ronald E. Ferguson with making or causing to be made false and misleading statements in documents and reports required to be filed under the Securities Exchange Act of 1934, we find the defendant *(check one)*:

      __X__ GUILTY                             _____ NOT GUILTY

## COUNT SEVEN: FALSE STATEMENTS TO THE SEC

As to Count Seven charging Ronald E. Ferguson with making or causing to be made false and misleading statements in documents and reports required to be filed under the Securities Exchange Act of 1934, we find the defendant *(check one)*:

      __X__ GUILTY                                        ____ NOT GUILTY

## COUNT EIGHT: SECURITIES FRAUD

As to Count Eight charging Ronald E. Ferguson with securities fraud, we find the defendant *(check one)*:

      __X__ GUILTY                                        ____ NOT GUILTY

## COUNT NINE: SECURITIES FRAUD

As to Count Nine charging Ronald E. Ferguson with securities fraud, we find the defendant *(check one)*:

      __X__ GUILTY                                        ____ NOT GUILTY

## COUNT TEN: SECURITIES FRAUD

As to Count Ten charging Ronald E. Ferguson with securities fraud, we find the defendant *(check one)*:

      __✓__ GUILTY                                        ____ NOT GUILTY

## COUNT ELEVEN: FALSE STATEMENTS TO THE SEC

As to Count Eleven charging Ronald E. Ferguson with making or causing to be made false and misleading statements in documents and reports required to be filed under the Securities Exchange Act of 1934, we find the defendant *(check one)*:

      __X__ GUILTY                                        ____ NOT GUILTY

**COUNT TWELVE: FALSE STATEMENTS TO THE SEC**

As to Count Twelve charging Ronald E. Ferguson with making or causing to be made false and misleading statements in documents and reports required to be filed under the Securities Exchange Act of 1934, we find the defendant *(check one)*:

      __X__ GUILTY                _____ NOT GUILTY

**COUNT THIRTEEN: FALSE STATEMENTS TO THE SEC**

As to Count Thirteen charging Ronald E. Ferguson with making or causing to be made false and misleading statements in documents and reports required to be filed under the Securities Exchange Act of 1934, we find the defendant *(check one)*:

      __X__ GUILTY                _____ NOT GUILTY

**COUNT FOURTEEN: MAIL FRAUD**

As to Count Fourteen charging Ronald E. Ferguson with mail fraud, we find the defendant *(check one)*:

      __X__ GUILTY                _____ NOT GUILTY

**COUNT FIFTEEN: MAIL FRAUD**

As to Count Fifteen charging Ronald E. Ferguson with mail fraud, we find the defendant *(check one)*:

      __X__ GUILTY                _____ NOT GUILTY

**COUNT SIXTEEN: MAIL FRAUD**

As to Count Sixteen charging Ronald E. Ferguson with mail fraud, we find the defendant *(check one)*:

      __X__ GUILTY                _____ NOT GUILTY

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA          DOCKET NO. 3:06CR137(CFD)

v.

CHRISTOPHER P. GARAND

## VERDICT FORM FOR DEFENDANT CHRISTOPHER P. GARAND

## COUNT ONE: CONSPIRACY

As to Count One charging Christopher P. Garand with conspiracy, we find the defendant *(check one)*:

     **X** GUILTY                      \_\_\_\_\_ NOT GUILTY

If you found Christopher P. Garand guilty as to Count One, then answer the following questions:

Do all twelve of you agree that Christopher P. Garand conspired to commit securities fraud?

     **X** YES                      \_\_\_\_\_ NO

Do all twelve of you agree that Christopher P. Garand conspired to make and cause to be made false and misleading statements in documents and reports required to be filed under the Securities Exchange Act of 1934?

     **X** YES                      \_\_\_\_\_ NO

Do all twelve of you agree that Christopher P. Garand conspired to falsify and cause to be falsified the books and records of a public company?

     **X** YES                      \_\_\_\_\_ NO

Do all twelve of you agree that Christopher P. Garand conspired to commit mail fraud?

     **X** YES                      \_\_\_\_\_ NO

## COUNT EIGHT: SECURITIES FRAUD

As to Count Eight charging Christopher P. Garand with securities fraud, we find the defendant *(check one)*:

  __X__ GUILTY        ____ NOT GUILTY

## COUNT NINE: SECURITIES FRAUD

As to Count Nine charging Christopher P. Garand with securities fraud, we find the defendant *(check one)*:

  __X__ GUILTY        ____ NOT GUILTY

## COUNT TEN: SECURITIES FRAUD

As to Count Ten charging Christopher P. Garand with securities fraud, we find the defendant *(check one)*:

  __X__ GUILTY        ____ NOT GUILTY

## COUNT ELEVEN: FALSE STATEMENTS TO THE SEC

As to Count Eleven charging Christopher P. Garand with making or causing to be made false and misleading statements in documents and reports required to be filed under the Securities Exchange Act of 1934, we find the defendant *(check one)*:

  __X__ GUILTY        ____ NOT GUILTY

## COUNT TWELVE: FALSE STATEMENTS TO THE SEC

As to Count Twelve charging Christopher P. Garand with making or causing to be made false and misleading statements in documents and reports required to be filed under the Securities Exchange Act of 1934, we find the defendant *(check one)*:

  __X__ GUILTY        ____ NOT GUILTY

## COUNT THIRTEEN:  FALSE STATEMENTS TO THE SEC

As to Count Thirteen charging Christopher P. Garand with making or causing to be made false and misleading statements in documents and reports required to be filed under the Securities Exchange Act of 1934, we find the defendant *(check one)*:

      __X__ GUILTY                      ____ NOT GUILTY

## COUNT FOURTEEN:  MAIL FRAUD

As to Count Fourteen charging Christopher P. Garand with mail fraud, we find the defendant *(check one)*:

      __X__ GUILTY                      ____ NOT GUILTY

## COUNT FIFTEEN:  MAIL FRAUD

As to Count Fifteen charging Christopher P. Garand with mail fraud, we find the defendant *(check one)*:

      __X__ GUILTY                      ____ NOT GUILTY

## COUNT SIXTEEN:  MAIL FRAUD

As to Count Sixteen charging Christopher P. Garand with mail fraud, we find the defendant *(check one)*:

      __X__ GUILTY                      ____ NOT GUILTY

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA        DOCKET NO. 3:06CR137(CFD)

v.

ROBERT D. GRAHAM

## VERDICT FORM FOR DEFENDANT ROBERT D. GRAHAM

### COUNT ONE: CONSPIRACY

As to Count One charging Robert D. Graham with conspiracy, we find the defendant *(check one)*:

    __X__ GUILTY                                    ____ NOT GUILTY

If you found Robert D. Graham guilty as to Count One, then answer the following questions:

Do all twelve of you agree that Robert D. Graham conspired to commit securities fraud?

    __X__ YES                                       ____ NO

Do all twelve of you agree that Robert D. Graham conspired to make and cause to be made false and misleading statements in documents and reports required to be filed under the Securities Exchange Act of 1934?

    __X__ YES                                       ____ NO

Do all twelve of you agree that Robert D. Graham conspired to falsify and cause to be falsified the books and records of a public company?

    __X__ YES                                       ____ NO

Do all twelve of you agree that Robert D. Graham conspired to commit mail fraud?

    __X__ YES                                       ____ NO

## COUNT TWO: SECURITIES FRAUD

As to Count Two charging Robert D. Graham with securities fraud, we find the defendant *(check one)*:

      __X__ GUILTY             ____ NOT GUILTY

## COUNT THREE: SECURITIES FRAUD

As to Count Three charging Robert D. Graham with securities fraud, we find the defendant *(check one)*:

      __X__ GUILTY             ____ NOT GUILTY

## COUNT FOUR: SECURITIES FRAUD

As to Count Four charging Robert D. Graham with securities fraud, we find the defendant *(check one)*:

      __X__ GUILTY             ____ NOT GUILTY

## COUNT FIVE: SECURITIES FRAUD

As to Count Five charging Robert D. Graham with securities fraud, we find the defendant *(check one)*:

      __X__ GUILTY             ____ NOT GUILTY

## COUNT SIX: FALSE STATEMENTS TO THE SEC

As to Count Six charging Robert D. Graham with making or causing to be made false and misleading statements in documents and reports required to be filed under the Securities Exchange Act of 1934, we find the defendant *(check one)*:

      __X__ GUILTY             ____ NOT GUILTY

## COUNT SEVEN: FALSE STATEMENTS TO THE SEC

As to Count Seven charging Robert D. Graham with making or causing to be made false and misleading statements in documents and reports required to be filed under the Securities Exchange Act of 1934, we find the defendant *(check one)*:

        __X__ GUILTY                         _____ NOT GUILTY

## COUNT EIGHT: SECURITIES FRAUD

As to Count Eight charging Robert D. Graham with securities fraud, we find the defendant *(check one)*:

        __X__ GUILTY                         _____ NOT GUILTY

## COUNT NINE: SECURITIES FRAUD

As to Count Nine charging Robert D. Graham with securities fraud, we find the defendant *(check one)*:

        __X__ GUILTY                         _____ NOT GUILTY

## COUNT TEN: SECURITIES FRAUD

As to Count Ten charging Robert D. Graham with securities fraud, we find the defendant *(check one)*:

        __X__ GUILTY                         _____ NOT GUILTY

## COUNT ELEVEN: FALSE STATEMENTS TO THE SEC

As to Count Eleven charging Robert D. Graham with making or causing to be made false and misleading statements in documents and reports required to be filed under the Securities Exchange Act of 1934, we find the defendant *(check one)*:

        __X__ GUILTY                         _____ NOT GUILTY

**COUNT TWELVE: FALSE STATEMENTS TO THE SEC**

As to Count Twelve charging Robert D. Graham with making or causing to be made false and misleading statements in documents and reports required to be filed under the Securities Exchange Act of 1934, we find the defendant *(check one)*:

      __X__ GUILTY                            ____ NOT GUILTY

**COUNT THIRTEEN: FALSE STATEMENTS TO THE SEC**

As to Count Thirteen charging Robert D. Graham with making or causing to be made false and misleading statements in documents and reports required to be filed under the Securities Exchange Act of 1934, we find the defendant *(check one)*:

      __X__ GUILTY                              ____ NOT GUILTY

**COUNT FOURTEEN: MAIL FRAUD**

As to Count Fourteen charging Robert D. Graham with mail fraud, we find the defendant *(check one)*:

      __X__ GUILTY                              ____ NOT GUILTY

**COUNT FIFTEEN: MAIL FRAUD**

As to Count Fifteen charging Robert D. Graham with mail fraud, we find the defendant *(check one)*:

      __X__ GUILTY                              ____ NOT GUILTY

**COUNT SIXTEEN: MAIL FRAUD**

As to Count Sixteen charging Robert D. Graham with mail fraud, we find the defendant *(check one)*:

      __X__ GUILTY                              ____ NOT GUILTY

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA     DOCKET NO. 3:06CR137(CFD)

v.

CHRISTIAN M. MILTON

## VERDICT FORM FOR DEFENDANT CHRISTIAN M. MILTON

## COUNT ONE: CONSPIRACY

As to Count One charging Christian M. Milton with conspiracy, we find the defendant *(check one)*:

    __X__ GUILTY        _____ NOT GUILTY

If you found Christian M. Milton guilty as to Count One, then answer the following question:

Do all twelve of you agree that Christian M. Milton conspired to commit securities fraud?

    __X__ YES        _____ NO

Do all twelve of you agree that Christian M. Milton conspired to make and cause to be made false and misleading statements in documents and reports required to be filed under the Securities Exchange Act of 1934?

    __X__ YES        _____ NO

Do all twelve of you agree that Christian M. Milton conspired to falsify and cause to be falsified the books and records of a public company?

    __X__ YES        _____ NO

Do all twelve of you agree that Christian M. Milton conspired to commit mail fraud?

    __X__ YES        _____ NO

**COUNT TWO: SECURITIES FRAUD**

As to Count Two charging Christian M. Milton with securities fraud, we find the defendant *(check one)*:

        __X__ GUILTY                        _____ NOT GUILTY

**COUNT THREE: SECURITIES FRAUD**

As to Count Three charging Christian M. Milton with securities fraud, we find the defendant *(check one)*:

        __X__ GUILTY                        _____ NOT GUILTY

**COUNT FOUR: SECURITIES FRAUD**

As to Count Four charging Christian M. Milton with securities fraud, we find the defendant *(check one)*:

        __X__ GUILTY                        _____ NOT GUILTY

**COUNT FIVE: SECURITIES FRAUD**

As to Count Five charging Christian M. Milton with securities fraud, we find the defendant *(check one)*:

        __X__ GUILTY                        _____ NOT GUILTY

**COUNT SIX: FALSE STATEMENTS TO THE SEC**

As to Count Six charging Christian M. Milton with making or causing to be made false and misleading statements in documents and reports required to be filed under the Securities Exchange Act of 1934, we find the defendant *(check one)*:

        __X__ GUILTY                        _____ NOT GUILTY

## COUNT SEVEN: FALSE STATEMENTS TO THE SEC

As to Count Seven charging Christian M. Milton with making or causing to be made false and misleading statements in documents and reports required to be filed under the Securities Exchange Act of 1934, we find the defendant *(check one)*:

      __X__ GUILTY             _____ NOT GUILTY

## COUNT EIGHT: SECURITIES FRAUD

As to Count Eight charging Christian M. Milton with securities fraud, we find the defendant *(check one)*:

      __X__ GUILTY             _____ NOT GUILTY

## COUNT NINE: SECURITIES FRAUD

As to Count Nine charging Christian M. Milton with securities fraud, we find the defendant *(check one)*:

      __X__ GUILTY             _____ NOT GUILTY

## COUNT TEN: SECURITIES FRAUD

As to Count Ten charging Christian M. Milton with securities fraud, we find the defendant *(check one)*:

      __X__ GUILTY             _____ NOT GUILTY

## COUNT ELEVEN: FALSE STATEMENTS TO THE SEC

As to Count Eleven charging Christian M. Milton with making or causing to be made false and misleading statements in documents and reports required to be filed under the Securities Exchange Act of 1934, we find the defendant *(check one)*:

      __X__ GUILTY             _____ NOT GUILTY

**COUNT TWELVE: FALSE STATEMENTS TO THE SEC**

As to Count Twelve charging Christian M. Milton with making or causing to be made false and misleading statements in documents and reports required to be filed under the Securities Exchange Act of 1934, we find the defendant *(check one)*:

     __X__ GUILTY            _____ NOT GUILTY

**COUNT THIRTEEN: FALSE STATEMENTS TO THE SEC**

As to Count Thirteen charging Christian M. Milton with making or causing to be made false and misleading statements in documents and reports required to be filed under the Securities Exchange Act of 1934, we find the defendant *(check one)*:

     __X__ GUILTY            _____ NOT GUILTY

**COUNT FOURTEEN: MAIL FRAUD**

As to Count Fourteen charging Christian M. Milton with mail fraud, we find the defendant *(check one)*:

     __X__ GUILTY            _____ NOT GUILTY

**COUNT FIFTEEN: MAIL FRAUD**

As to Count Fifteen charging Christian M. Milton with mail fraud, we find the defendant *(check one)*:

     __X__ GUILTY            _____ NOT GUILTY

**COUNT SIXTEEN: MAIL FRAUD**

As to Count Sixteen charging Christian M. Milton with mail fraud, we find the defendant *(check one)*:

     __X__ GUILTY            _____ NOT GUILTY

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA            DOCKET NO. 3:06CR137(CFD)

v.

ELIZABETH A. MONRAD

## VERDICT FORM FOR DEFENDANT ELIZABETH A. MONRAD

## COUNT ONE: CONSPIRACY

As to Count One charging Elizabeth A. Monrad with conspiracy, we find the defendant *(check one)*:

    __X__ GUILTY                 _____ NOT GUILTY

If you found Elizabeth A. Monrad guilty as to Count One, then answer the following questions:

Do all twelve of you agree that Elizabeth A. Monrad conspired to commit securities fraud?

    __X__ YES                 _____ NO

Do all twelve of you agree that Elizabeth A. Monrad conspired to make and cause to be made false and misleading statements in documents and reports required to be filed under the Securities Exchange Act of 1934?

    __X__ YES                 _____ NO

Do all twelve of you agree that Elizabeth A. Monrad conspired to falsify and cause to be falsified the books and records of a public company?

    __X__ YES                 _____ NO

Do all twelve of you agree that Elizabeth A. Monrad conspired to commit mail fraud?

    __X__ YES                 _____ NO

16

## COUNT TWO: SECURITIES FRAUD

As to Count Two charging Elizabeth A. Monrad with securities fraud, we find the defendant *(check one)*:

      __X__ GUILTY                  _____ NOT GUILTY

## COUNT THREE: SECURITIES FRAUD

As to Count Three charging Elizabeth A. Monrad with securities fraud, we find the defendant *(check one)*:

      __X__ GUILTY                  _____ NOT GUILTY

## COUNT FOUR: SECURITIES FRAUD

As to Count Four charging Elizabeth A. Monrad with securities fraud, we find the defendant *(check one)*:

      __X__ GUILTY                  _____ NOT GUILTY

## COUNT FIVE: SECURITIES FRAUD

As to Count Five charging Elizabeth A. Monrad with securities fraud, we find the defendant *(check one)*:

      __X__ GUILTY                  _____ NOT GUILTY

## COUNT SIX: FALSE STATEMENTS TO THE SEC

As to Count Six charging Elizabeth A. Monrad with making or causing to be made false and misleading statements in documents and reports required to be filed under the Securities Exchange Act of 1934, we find the defendant *(check one)*:

      __X__ GUILTY                  _____ NOT GUILTY

## COUNT SEVEN: FALSE STATEMENTS TO THE SEC

As to Count Seven charging Elizabeth A. Monrad or causing to be made false and misleading statements in documents and reports required to be filed under the Securities Exchange Act of 1934, we find the defendant *(check one)*:

      __X__ GUILTY                  _____ NOT GUILTY

## COUNT EIGHT: SECURITIES FRAUD

As to Count Eight charging Elizabeth A. Monrad with securities fraud, we find the defendant *(check one)*:

      __X__ GUILTY                  _____ NOT GUILTY

## COUNT NINE: SECURITIES FRAUD

As to Count Nine charging Elizabeth A. Monrad with securities fraud, we find the defendant *(check one)*:

      __X__ GUILTY                  _____ NOT GUILTY

## COUNT TEN: SECURITIES FRAUD

As to Count Ten charging Elizabeth A. Monrad with securities fraud, we find the defendant *(check one)*:

      __X__ GUILTY                  _____ NOT GUILTY

## COUNT ELEVEN: FALSE STATEMENTS TO THE SEC

As to Count Eleven charging Elizabeth A. Monrad with making or causing to be made false and misleading statements in documents and reports required to be filed under the Securities Exchange Act of 1934, we find the defendant *(check one)*:

      __X__ GUILTY                  _____ NOT GUILTY

## COUNT TWELVE: FALSE STATEMENTS TO THE SEC

As to Count Twelve charging Elizabeth A. Monrad with making or causing to be made false and misleading statements in documents and reports required to be filed under the Securities Exchange Act of 1934, we find the defendant *(check one)*:

   __X__ GUILTY        _____ NOT GUILTY

## COUNT THIRTEEN: FALSE STATEMENTS TO THE SEC

As to Count Thirteen charging Elizabeth A. Monrad with making or causing to be made false and misleading statements in documents and reports required to be filed under the Securities Exchange Act of 1934, we find the defendant *(check one)*:

   __X__ GUILTY        _____ NOT GUILTY

## COUNT FOURTEEN: MAIL FRAUD

As to Count Fourteen charging Elizabeth A. Monrad with mail fraud, we find the defendant *(check one)*:

   __X__ GUILTY        _____ NOT GUILTY

## COUNT FIFTEEN: MAIL FRAUD

As to Count Fifteen charging Elizabeth A. Monrad with mail fraud, we find the defendant *(check one)*:

   __X__ GUILTY        _____ NOT GUILTY

## COUNT SIXTEEN: MAIL FRAUD

As to Count Sixteen charging Elizabeth A. Monrad with mail fraud, we find the defendant *(check one)*:

    __X__ GUILTY                 ____ NOT GUILTY

Dated at Hartford, Connecticut, on this 25 day of February, 2008.

                                             _____
                                             JURY FOREPERSON