Crim-Sent (April 2007)

HONORABLE **Droney**
DEPUTY CLERK **Marshall**
USPO **R. Lopez**    INTERPRETER _____

TOTAL TIME: **3** hours ____ minutes

DATE **Dec. 16, 2008**    START TIME **10:00**    END TIME **1:00**

CR. No. **06CR137 (RD)**    DEFT # _____
UNITED STATES OF AMERICA
vs.
**Ronald Ferguson**

AUSA **Glover**

**Horowitz**
Defense Counsel

## SENTENCING

- [x] ☒ Sentencing held ☐ Sentencing continued until _____ at _____
- [ ] Deft failed to appear, Bench warrant to issue
- [x] Court departs ☐ upward from the guidelines ☐ downward from the guidelines
  **84** month(s) imprisonment on Count(s) **1-16** (of superseding)/indictment/information
  and _____ month(s) imprisonment on Count(s) _____ of superseding/indictment/information
- [x] Sentence on Count(s) **1-16** shall run ☒ concurrently ☐ consecutively ☐ to sentence imposed on Count(s) _____ ☐ to state sentence
- [ ] Deft shall get credit for time served on Count(s) _____
- [x] Upon release the defendant shall be on supervised release for a term of **2** (years)/months
- [ ] Deft placed on probation for a period of _____ years/months on Count(s) _____ of superseding/indictment/information
- [ ] Government's Motion for Final Order of Forfeiture ☐ filed ☐ granted/denied
- [ ] Preliminary Order of Forfeiture is outstanding.
- [ ] Final Order of Forfeiture, filed.
- [x] Deft shall pay a fine of $**200,000.00** on Count(s) _____ to be paid by _____ ☐ in installments of $_____ per _____ for a total of $_____
- [x] A Special Assessment of ☐ $25.00 ☐ $50.00 ☒ $100.00 is imposed as to each of Count(s) **1-16** for a total of $**1600.00** to be paid immediately
- [ ] Court recommends incarceration at _____
- [ ] Deft shall pay $_____ per month for the cost of ☐ incarceration ☐ supervised release ☐ community confinement (halfway house)
- [x] Deft ordered to surrender on **2-18-09** to ☒ U.S. Marshal ☐ institution
  Bond ☐ continued ☐ set at $_____
- [ ] Deft remanded to the custody of the U. S. Marshal
- [ ] Govt's motion to dismiss remaining counts filed; ☐ GRANTED ☐ DENIED
- [ ] Govt's oral motion to dismiss remaining counts - ☐ GRANTED ☐ DENIED
- [ ] PSI filed under seal ☐ If not appealed, PSI may be unsealed & returned to USPO
- [ ] Deft shall participate in the 500 hour drug rehabilitation treatment program.

☐ SEE CONDITIONS OF SUPERVISED RELEASE/PROBATION ON REVERSE