UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 3:06CR137(VLB) |
| | : | |
| v. | : | |
| | : | |
| RONALD E. FERGUSON, | : | |
| ROBERT D. GRAHAM, | : | |
| CHRISTIAN M. MILTON, | : | |
| ELIZABETH A. MONRAD, and | : | |
| CHRISTOPHER GARAND | : | |
| | : | |
| Defendants. | : | |

SCHEDULING ORDER

In accordance with the Local Criminal Rules, and after consultation with counsel for the government and counsel for all defendants, the Court, at the request of counsel for all defendants and counsel for the Government, hereby sets the following schedule for the filing of pretrial motions and the trial of this case:

| | |
|---|---|
| Government's Brady and Giglio material | April 24, 2012 |
| Government's Rule 404(b) Notice | May 1, 2012 |
| Government's Rule 16 Discovery | May 1, 2012 |
| Defendants' Pretrial Motions | May 8, 2012 |
| Defendants' Rule 16 Discovery | May 15, 2012 |

| | |
|---|---|
| Government's Response Memoranda to Defendants' Pretrial Motions | July 10, 2012 |
| Defendants' Reply Memoranda | August 10, 2012 |
| Government's Witness List | August 27, 2012 |
| Government's Exhibit List and Exhibits | August 27, 2012 |
| Government's Expert Notice & Summary for Case-in-Chief | September 4, 2012 |
| Defendants' Witness List | September 10, 2012 |
| Defendants' Exhibit Lists and Exhibits | September 10, 2012 |
| Defendants' Expert Notice & Summary[1] | September 17, 2012 |
| Motions in Limine[2] | September 24, 2012 |
| Government's Expert Notice & Summary for Rebuttal Case | October 1, 2012 |
| Responses to Motions in limine | October 15, 2012 |

---

[1] Subject to resolution of defendants' position, contested by the government, that no such expert disclosure is required unless they first request expert disclosure from the government.

[2] Although the Court recognizes that the parties may not recognize the necessity of certain motions in limine until they have had an opportunity to consider the other side's disclosures, it encourages the parties to file motions in limine prior to this date if they have identified and are prepared to brief and argue the issue.

| | |
|---|---|
| Replies to Motions in limine | October 29, 2012 |
| Proposed voir dire questions and and questionnaire | November 1, 2012 |
| Proposed jury instructions | November 1, 2012 |
| Government's Jencks Act material | November 1, 2012 |
| Defendants' Rule 26.2 (Jencks) statements | November 15, 2012 |
| Pretrial Conference | December 3, 2012 |
| Jury Selection | January 3, 2013 |
| Trial | January 22, 2013 |

\* \* \*

The Court finds that the ends of justice are served by the entry of this Scheduling Order; finds that the schedule set forth above is in the best interest of the defendants and outweighs the public interest and defendants' interest in a speedy trial; and finds that the period of delay from the entry of this order to January 22, 2013 is properly excludable under 18 U.S.C. § 3161(h)(8).

The Court finds pursuant to 18 U.S.C. § 3161(h)(8) that the ends of justice served by the extended deadlines set forth in this Scheduling Order outweigh the best interests of the public and the defendants in a speedy trial because of the unusual procedural

3

posture of this case; the complexity of the case, including the voluminous discovery involved; the number of defendants; and the nature of the prosecution. These factors, alone and in combination, make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established under 18 U.S.C. § 3161.

This schedule may be altered only by a superseding order of the Court upon a showing that the ends of justice are served thereby and that they outweigh the interest of the public and the defendants in a speedy trial.

Dated at Hartford, Connecticut, this 28th day of February __, 2012.

IT IS SO ORDERED

/s/
_____
VANESSA L. BRYANT
UNITED STATES DISTRICT JUDGE