## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

```
------------------------------------------------------x
```

UNITED STATES OF AMERICA,      :

       Plaintiff,      :

   v.      :

RONALD E. FERGUSON, CHRISTOPHER P.   :
GARAND, ROBERT D. GRAHAM,
CHRISTIAN M. MILTON, and ELIZABETH A.:
MONRAD,      :

       Defendants.      :

```
------------------------------------------------------x
```

**Crim. No. 3:06 Cr. 137 (VLB)**

**March 8, 2012**

## MOTION TO ADMIT DAN K. WEBB
## AS A VISITING ATTORNEY

Pursuant to D. CONN. L. CIV. R. 83.1(d), the undersigned attorney, duly admitted to practice before this Court, hereby moves that Dan K. Webb be permitted to practice as a visiting attorney to represent defendant Ronald E. Ferguson in the above-captioned action. In support of this motion, the undersigned states as follows:

1.    Mr. Webb is a partner in the law firm of Winston & Strawn LLP and has an office at 35 W. Wacker Drive, Chicago, Illinois 60601-9703.

2.    Attached hereto as Exhibit A, and incorporated herein by reference, is an affidavit, duly sworn and executed under penalty of perjury by Mr. Webb, setting forth the information required under D. CONN. L. CIV. R. 83.1(d).

3.    Pursuant to D. CONN. L. CIV. R. 83.1(d)(4), within 60 days of Mr. Webb's admission as a visiting attorney, the undersigned attorney will file with the Clerk of the Court a certificate of good standing from the bar of the state in which Mr. Webb has his primary office.

{01390504; 1; 2389-2 }

4.     The undersigned will act as local counsel for defendant Ronald E. Ferguson in this proceeding, upon whom all papers may be served in addition to Mr. Ferguson's out-of-state counsel.

The address to which all pleadings and communications may be sent is as follows:

> Alfred U. Pavlis (ct08603)
> Finn Dixon & Herling LLP
> 177 Broad Street, 15th Floor
> Stamford, CT 06901
> Tel: (203) 325-5000
> Fax: (203) 325-5001
> E-mail: apavlis@fdh.com

5.     The granting of this motion will not require modification of any scheduling order entered by the Court or the deadlines established by any standing order on scheduling.

WHEREFORE, the undersigned respectfully requests that this Court admit Dan K. Webb to practice as a visiting attorney before this Court to represent defendant Ronald E. Ferguson on all matters related to this action.

> DEFENDANT
> RONALD E. FERGUSON
>
> Alfred U. Pavlis (ct08603)
> FINN DIXON & HERLING LLP
> 177 Broad Street
> Stamford, Connecticut 06901
> Telephone: 203.325.5000
> Facsimile: 203.325.5001
> Email: apavlis@fdh.com

{01390504; 1; 2389-2 }

# EXHIBIT A

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

---

```
-----------------------------------------------------------x
UNITED STATES OF AMERICA,            :
                                     :        Crim. No. 3:06 Cr. 137 (VLB)
          Plaintiff,                 :
                                     :
     v.                              :
                                     :
RONALD E. FERGUSON, CHRISTOPHER P.   :
GARAND, ROBERT D. GRAHAM,            :
CHRISTIAN M. MILTON, and ELIZABETH A.:
MONRAD,                              :
                                     :
          Defendants.                :
-----------------------------------------------------------x
```

## AFFIDAVIT IN SUPPORT OF MOTION
## FOR ADMISSION AS A VISITING ATTORNEY

Dan K. Webb, being duly sworn, hereby deposes and states:

1.      I am over the age of eighteen years, and I understand the nature and obligation of

an oath.

2.      I submit this affidavit in support of the motion to admit me as a visiting attorney

in the above-captioned action.

3.      I am a partner in the law firm of Winston & Strawn LLP with the

following contact information:

> Dan K. Webb
> Winston & Strawn LLP
> 35 W. Wacker Drive
> Chicago, IL 60601-9703
> Telephone: 312-558-5856
> Facsimile:  312-558-5700
> Email: dwebb@winston.com

{01390503; 1; 2389-2 }

4.      I currently am or have been a member of the bar of the state courts of Illinois (Bar No. 029 -540-87), the United States District Court for the Northern District of Illinois (No registration number issued; admission date: 12/1/70), the United States Court of Appeals for the Sixth (No registration number issued; admission date: 7/12/05), Seventh (No registration number issued; admission date: 5/23/72) and Eighth Circuits (Bar No. 88-531; admission date: 8/4/88), the Federal Circuit Court of Appeals (No registration number issued; admission date: 5/24/93) and the Supreme Court of the United States (No registration number issued; admission date: 2/22/93).  I am in good standing in each of these courts.

5.      I am not the subject of any pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

6.      I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

7.      I have fully reviewed and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut and the Connecticut Rules of Professional Conduct.

8.      The granting of this motion will not require modification of any scheduling order entered by the Court or the deadlines established by any standing order on scheduling.

9.      In accordance with D. CONN. L. CIV. R. 83.1(d)(4), within 60 days of my admission as a visiting attorney, I will file with the Clerk of the Court a certificate of good standing from the bar of the state in which I have my primary office.

{01390503; 1; 2389-2 }

10.     I designate my sponsoring attorney, Alfred U. Pavlis, a member of the firm of Finn Dixon & Herling LLP, 177 Broad Street, 15th Floor, Stamford, CT 06901, as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

11.     I also specify Mr. Pavlis as the attorney of record with an office in the District of Connecticut upon whom service of all papers shall also be made.

Dan K. Webb

Subscribed and Sworn to
before me this 5 day of
February, 2012;
MARCH

Notary Public

My commission expires:

"OFFICIAL SEAL"
GAIL A. WOOTEN
Notary Public, State of Illinois
My Commission Expires 12/29/2012

{01390503; 1; 2389-2 }

## CERTIFICATION

I hereby certify that on March 8, 2012, a true and correct copy of the foregoing Motion

To Admit Dan K. Webb as a Visiting Attorney was served by mail, first class, postage prepaid to

the following:

Clifford H. Schoenberg, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Douglas I. Koff, Esq.
Paul Hastings LLP
75 East 55th Street
New York, NY 10022

James K. Robinson, Esq.
Michael E. Horowitz, Esq.
Cadwalader Wickersham & Taft, LLP
1201 F Street, N. W., Suite 1100
Washington, DC 20004

Seth P. Waxman, Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006

Jonathan E. Rich, Esq.
Anthony Pacheco, Esq.
Keith L. Butler, Esq.
Proskauer Rose LLP
2049 Century Park East
32nd Floor
Los Angeles, CA 90067

Alan M. Vinegrad, Esq.
Douglas B. Bloom, Esq.
Covington & Burling LLP
620 Eighth Avenue
New York, NY 10018-1404

{01390504; i; 2389-2 }

Hope Ivy Hamilton, Esq.
Covington & Burling LLP
1201 Pennsylvania Ave., N.W.
Washington, DC 20044-7566

Peter H. White, Esq.
Mayer Brown LLP
1999 K Street, N.W.
Washington, DC 20006-1101

William F. Dow, III, Esq.
Jacobs & Dow, LLC
350 Orange Street
P.O. Box 606
New Haven, CT 06503-0606

Frederick P. Hafetz, Esq.
Michael S. Chernis, Esq.
Susan R. Necheles, Esq.
Tracy E. Sivitz, Esq.
Hafetz Necheles & Rocco
500 Fifth Avenue
New York, NY 10110

Richard A. Reeve, Esq.
George Gust Kouros, Esq.
Sheehan & Reeve
139 Orange Street, Suite 301
New Haven, CT 06510

Brian M. Heberlig, Esq.
Bruce S. Bishop, Esq.
David M. Fragale, Esq.
Erik L. Kitchen, Esq.
Reid H. Weingarten, Esq.
Steptoe & Johnson PLLC
1330 Connecticut Ave., N.W.
Washington, DC 20036-1795

Dominic F. Perella, Esq.
Hogan & Hartson, LLP
Columbia Square
555 13th Street, NW
Washington, DC 20004

-4-

{01390504; 1; 2389-2 }

Ira M. Feinberg, Esq.
Hogan Lovells LLP
875 Third Avenue
New York, NY 10022

Jonathan J. Einhorn, Esq.
412 Orange Street
New Haven, CT 06511

Thomas Abbenante, Esq.
1919 Pennsylvania Avenue, N.W.
Suite 200
Washington, DC 20006

Richard R. Brown, Esq.
Brown, Paindiris & Scott
100 Pearl Street
Suite 1100
Hartford, CT 06103

Richard L. Spinogatti, Esq.
Robert J. Cleary, Esq.
William C. Komaroff, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY 10036

Joseph R. Geoghegan, Esq.
Gordon & Rees LLP
95 Glastonbury Boulevard
Glastonbury, CT 06033

Patricia E. Ronan, Esq.
Rebecca C. Shore, Esq.
Roberta A. Kaplan, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison  LLP
1285 Avenue of the Americas
New York, NY 10019-6064

{01390504; 1; 2389-2 }

Alex V. Hernandez, Esq.
Pullman & Comley LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

Benjamin Singer, Esq.
Lance Croffoot-Suede, Esq.
Lawrence Byrne, Esq.
Linklaters LLP
1345 Avenue of the Americas
New York, NY 10105

Sharon E. Jaffe, Esq.
Levin & Glasser, P.C.
P.O. Box 1098
Weston, CT 06883

Brian E. Spears, Esq.
Levett Rockwood P.C.
33 Riverside Avenue
P.O. Box 5116
Westport, CT 06881

Gregory J. Weingart, Esq.
Munger, Tolles & Olson, LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071-1560

Shelley R. Sadin, Esq.
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd.
P.O. Box 1740
Bridgeport, CT 06601-1740

Stanley A. Twardy, Jr., Esq.
Day Pitney LLP
201 Broad Street
Stamford, CT 06901

{01390504; 1; 2389-2 }

Michael J. Barry, Esq.
Grant & Eisenhofer P.A.
123 Justison Street
Wilmington, DE 19801

Eric J. Glover, Esq.
Henry K. Kopel, Esq.
U.S. Attorney's Office
157 Church Street
23rd Floor
P.O. Box 1824
New Haven, CT 06510

Raymond E. Patricco, Esq.
US Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314

Alfred U. Pavlis

-7-

{01390504; 1; 2389-2 }