UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :   Crim. No. 3:06 Cr. 137 (VLB)
         Plaintiff,                      :
                                         :
    v.                                   :
                                         :
RONALD E. FERGUSON, CHRISTOPHER P.       :
GARAND, ROBERT D. GRAHAM,                :
CHRISTIAN M. MILTON, and ELIZABETH A.    :
MONRAD,                                  :
                                         :
         Defendants.                     :   March 13, 2012
---------------------------------------------------------------x

### NOTICE OF FILING CERTIFICATE OF GOOD STANDING

In accordance with D. CONN. L. CIV. R. 83.1(d)(4), the undersigned attorney hereby files the attached Certificate of Good Standing for Dan K. Webb.

                                                                              DEFENDANT
                                                                              RONALD E. FERGUSON

                                                                              /s/ Alfred U. Pavlis
                                                                              Alfred U. Pavlis (ct08603)
                                                                              FINN DIXON & HERLING LLP
                                                                              177 Broad Street
                                                                              Stamford, Connecticut 06901
                                                                              Telephone: 203.325.5000
                                                                              Facsimile:  203.325.5001
                                                                              Email: apavlis@fdh.com

{01400858; 1; 2389-2 }

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Dan K. Webb

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 16, 1970 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Monday, March 05, 2012.

*Carolyn Taft Grosboll*

Clerk

## CERTIFICATION

I hereby certify that on March 13, 2012, a copy of the foregoing Notice of Filing Certificate of Good Standing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: /s/ Alfred U. Pavlis
Alfred U. Pavlis (ct08603)
FINN DIXON & HERLING LLP
177 Broad Street, 15th Floor
Stamford, CT  06901-2689
Telephone: (203) 325-5000
Facsimile: (203) 325-5001
Email:  apavlis@fdh.com