UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :    Crim. No. 3:06 Cr. 137 (VLB)
                                         :
                                         :
v.                                       :
                                         :
RONALD E. FERGUSON, CHRISTOPHER P.       :
GARAND, ROBERT D. GRAHAM,                :
CHRISTIAN M. MILTON, and ELIZABETH A.    :
MONRAD,                                  :
                                         :
         Defendants.                     :    May 3, 2012
-----------------------------------------------------------x

## MOTION TO ADMIT ANTHONY ANTONELLI AS A VISITING ATTORNEY

Pursuant to D. CONN. L. CIV. R. 83.1(d), the undersigned attorney, duly admitted to practice before this Court, hereby moves that Anthony Antonelli be permitted to practice as a visiting attorney to represent defendant Ronald E. Ferguson in the above-captioned action. In support of this motion, the undersigned states as follows:

1. Mr. Antonelli is an associate at the law firm of Paul Hastings LLP and has an office at 75 East 55th Street, New York, New York 10022.

2. Attached hereto as Exhibit A, and incorporated herein by reference, is an affidavit, duly sworn and executed under penalty of perjury by Mr. Antonelli, setting forth the information required under D. CONN. L. CIV. R. 83.1(d).

3. Pursuant to D. CONN. L. CIV. R. 83.1(d)(4), within 60 days of Mr. Antonelli's admission as a visiting attorney, the undersigned attorney will file with the Clerk of the Court a

certificate of good standing from the bar of the state in which Mr. Antonelli has his primary office.

4.  The undersigned will act as local counsel for defendant Ronald E. Ferguson in this proceeding, upon whom all papers may be served in addition to Mr. Ferguson's out-of-state counsel.

The address to which all pleadings and communications may be sent is as follows:

> Alfred U. Pavlis (ct08603)
> Finn Dixon & Herling LLP
> 177 Broad Street, 15th Floor
> Stamford, CT 06901
> Tel: (203) 325-5000
> Fax: (203) 325-5001
> E-mail: apavlis@fdh.com

5.  The granting of this motion will not require modification of any scheduling order entered by the Court or the deadlines established by any standing order on scheduling.

WHEREFORE, the undersigned respectfully requests that this Court admit Anthony Antonelli to practice as a visiting attorney before this Court to represent defendant Ronald E. Ferguson on all matters related to this action.

> DEFENDANT
> RONALD E. FERGUSON
>
> _/s/ Alfred U. Pavlis_
> Alfred U. Pavlis (ct08603)
> FINN DIXON & HERLING LLP
> 177 Broad Street
> Stamford, Connecticut 06901
> Telephone: 203.325.5000
> Facsimile: 203.325.5001
> Email: apavlis@fdh.com

# **EXHIBIT A**

**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------x
UNITED STATES OF AMERICA, :
: Crim. No. 3:06 Cr. 137 (VLB)
v. :
:
RONALD E. FERGUSON, CHRISTOPHER P. :
GARAND, ROBERT D. GRAHAM, :
CHRISTIAN M. MILTON, and ELIZABETH A.:
MONRAD, :
:
Defendants. :
---------------------------------------------------------------x

## AFFIDAVIT IN SUPPORT OF MOTION
## FOR ADMISSION AS A VISITING ATTORNEY

Anthony Antonelli, being duly sworn, hereby deposes and states:

1. I am over the age of eighteen years, and I understand the nature and obligation of an oath.

2. I submit this affidavit in support of the motion to admit me as a visiting attorney in the above-captioned action.

3. I am an associate at the law firm of Paul Hastings LLP with the following contact information:

> Anthony Antonelli
> Paul Hastings LLP
> 75 East 55th Street
> New York, NY 10022
> Telephone: 212-318-6730
> Facsimile: 212-230-7716
> Email: anthonyantonelli@paulhastings.com

4. I am a member of the bars of New York (Bar No. 4476669) and New Jersey (Bar No. 038772006). I have also been admitted to the United States District Court for the Southern

District of New York, the Eastern District of New York, the District of New Jersey and the United States Court of Appeals for the Second Circuit. I am in good standing in each of these jurisdictions.

5. I am not the subject of any pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

6. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

7. I have fully reviewed and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut and the Connecticut Rules of Professional Conduct.

8. The granting of this motion will not require modification of any scheduling order entered by the Court or the deadlines established by any standing order on scheduling.

9. In accordance with D. CONN. L. CIV. R. 83.1(d)(4), within 60 days of my admission as a visiting attorney, I will file with the Clerk of the Court a certificate of good standing from the bar of the state in which I have my primary office.

10. I designate my sponsoring attorney, Alfred U. Pavlis, a member of the firm of Finn Dixon & Herling LLP, 177 Broad Street, 15th Floor, Stamford, CT 06901, as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

11. I also specify Mr. Pavlis as the attorney of record with an office in the District of Connecticut upon whom service of all papers shall also be made.

_____
Anthony Antonelli

Subscribed and Sworn to
before me this 1st day of
May, 2012:

_____
Notary Public

My commission expires: May 10, 2014

**KEITH DAVID MARLOWE**
Attorney and Counselor at Law
Notary Public, State of New York
Qualified in New York County
No. 02MA6221951
My Commission Expires May 10, 2014

## CERTIFICATION

I hereby certify that on May 3, 2012, a true and correct copy of the foregoing Motion To Admit Anthony Antonelli as a Visiting Attorney was served by electronic mail to the following:

Clifford H. Schoenberg, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
cliff.schoenberg@cwt.com

Douglas I. Koff, Esq.
Paul Hastings LLP
75 East 55th Street
New York, NY 10022
douglaskoff@paulhastings.com

James K. Robinson, Esq.
Michael E. Horowitz, Esq.
Cadwalader Wickersham & Taft, LLP
1201 F Street, N. W., Suite 1100
Washington, DC 20004
jim.robinson@cwt.com

Seth P. Waxman, Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
seth.waxman@wilmerhale.com

Jonathan E. Rich, Esq.
Anthony Pacheco, Esq.
Keith L. Butler, Esq.
Proskauer Rose LLP
2049 Century Park East
32nd Floor
Los Angeles, CA 90067
jrich@proskauer.com

Alan M. Vinegrad, Esq.
Douglas B. Bloom, Esq.
Covington & Burling LLP
620 Eighth Avenue
New York, NY 10018-1404
avinegrad@cov.com

Hope Ivy Hamilton, Esq.
Covington & Burling LLP
1201 Pennsylvania Ave., N.W.
Washington, DC 20044-7566
hhamilton@cov.com

Peter H. White, Esq.
Mayer Brown LLP
1999 K Street, N.W.
Washington, DC 20006-1101
pwhite@mayerbrownrowe.com

William F. Dow, III, Esq.
Jacobs & Dow, LLC
350 Orange Street
P.O. Box 606
New Haven, CT 06503-0606
wdow@jacobslaw.com

Frederick P. Hafetz, Esq.
Michael S. Chernis, Esq.
Susan R. Necheles, Esq.
Tracy E. Sivitz, Esq.
Hafetz Necheles & Rocco
500 Fifth Avenue
New York, NY 10110
fph@hafetzlaw.com

Richard A. Reeve, Esq.
George Gust Kouros, Esq.
Sheehan & Reeve
139 Orange Street, Suite 301
New Haven, CT 06510
rreeve@sheehanandreeve.com

Brian M. Heberlig, Esq.
Bruce S. Bishop, Esq.
David M. Fragale, Esq.
Erik L. Kitchen, Esq.
Reid H. Weingarten, Esq.
Steptoe & Johnson PLLC
1330 Connecticut Ave., N.W.
Washington, DC 20036-1795
bheberli@steptoe.com

Dominic F. Perella, Esq.
Hogan & Hartson, LLP
Columbia Square
555 13th Street, NW
Washington, DC 20004
dfperella@hhlaw.com

Ira M. Feinberg, Esq.
Hogan Lovells LLP
875 Third Avenue
New York, NY 10022
imfeinberg@hhlaw.com

Jonathan J. Einhorn, Esq.
412 Orange Street
New Haven, CT 06511
einhornlawoffice@gmail.com

Thomas Abbenante, Esq.
1919 Pennsylvania Avenue, N.W.
Suite 200
Washington, DC 20006
tabbenante@aol.com

Richard R. Brown, Esq.
Brown, Paindiris & Scott
100 Pearl Street
Suite 1100
Hartford, CT 06103
rbrown@bpslawyers.com

Richard L. Spinogatti, Esq.
Robert J. Cleary, Esq.
William C. Komaroff, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY 10036
rspinogatti@proskauer.com

Joseph R. Geoghegan, Esq.
Gordon & Rees LLP
95 Glastonbury Boulevard
Glastonbury, CT 06033
jgeoghegan@gordonrees.com

Patricia E. Ronan, Esq.
Rebecca C. Shore, Esq.
Roberta A. Kaplan, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
pronan@paulweiss.com

Alex V. Hernandez, Esq.
Pullman & Comley LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006
ahernandez@pullcom.com

Benjamin Singer, Esq.
Lance Croffoot-Suede, Esq.
Lawrence Byrne, Esq.
Linklaters LLP
1345 Avenue of the Americas
New York, NY 10105
ben.singer@linklaters.com

Sharon E. Jaffe, Esq.
Levin & Glasser, P.C.
P.O. Box 1098
Weston, CT 06883
sejaffe@optonline.net

Brian E. Spears, Esq.
Levett Rockwood P.C.
33 Riverside Avenue
P.O. Box 5116
Westport, CT 06881
bspears@levettrockwood.com

Gregory J. Weingart, Esq.
Munger, Tolles & Olson, LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071-1560
Gregory.Weingart@mto.com

Shelley R. Sadin, Esq.
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd.
P.O. Box 1740
Bridgeport, CT 06601-1740
ssadin@znclaw.com

Stanley A. Twardy, Jr., Esq.
Day Pitney LLP
201 Broad Street
Stamford, CT 06901
satwardy@daypitney.com

Michael J. Barry, Esq.
Grant & Eisenhofer P.A.
123 Justison Street
Wilmington, DE 19801
mbarry@gelaw.com

Eric J. Glover, Esq.
Henry K. Kopel, Esq.
U.S. Attorney's Office
157 Church Street
23rd Floor
P.O. Box 1824
New Haven, CT 06510
eric.glover@usdoj.gov

Raymond E. Patricco, Esq.
US Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
raymond.patricco@usdoj.gov

Elisa K Jillson, Esq.
Kristin Graham Koehler, Esq.
Mark D Hopson, Esq.
Thomas C. Green, Esq.
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC 20005
ejillson@sidley.com

                                                                        Alfred U. Pavlis