UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------x
UNITED STATES OF AMERICA,　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　: Crim. No. 3:06 Cr. 137 (VLB)
　　v.　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　:
RONALD E. FERGUSON, CHRISTOPHER P. :
GARAND, ROBERT D. GRAHAM,　　　　　　:
CHRISTIAN M. MILTON, and ELIZABETH A. :
MONRAD,　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　Defendants.　　　　　　　　　　　　　　: May 8, 2012
---------------------------------------------------------------x

## NOTICE OF FILING CERTIFICATE OF GOOD STANDING

In accordance with D. CONN. L. CIV. R. 83.1(d)(4), the undersigned attorney hereby files the attached Certificate of Good Standing for Joshua M. Bennett.

　　　　　　　　　　　　　　　　　　　DEFENDANT
　　　　　　　　　　　　　　　　　　　RONALD E. FERGUSON

　　　　　　　　　　　　　　　　　　　/s/ Alfred U. Pavlis
　　　　　　　　　　　　　　　　　　　Alfred U. Pavlis (ct08603)
　　　　　　　　　　　　　　　　　　　FINN DIXON & HERLING LLP
　　　　　　　　　　　　　　　　　　　177 Broad Street
　　　　　　　　　　　　　　　　　　　Stamford, Connecticut 06901
　　　　　　　　　　　　　　　　　　　Telephone: 203.325.5000
　　　　　　　　　　　　　　　　　　　Facsimile:  203.325.5001
　　　　　　　　　　　　　　　　　　　Email: apavlis@fdh.com



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, **Aprilanne Agostino**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Joshua Michael Bennett** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 16th day of **February 2005**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on May 03, 2012.

*Aprilanne Agostino*

Clerk of the Court

## CERTIFICATION

I hereby certify that on May 8, 2012, a copy of the foregoing Notice of Filing Certificate of Good Standing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: /s/ Alfred U. Pavlis
Alfred U. Pavlis (ct08603)
FINN DIXON & HERLING LLP
177 Broad Street, 15th Floor
Stamford, CT 06901-2689
Telephone: (203) 325-5000
Facsimile: (203) 325-5001
Email: apavlis@fdh.com