UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :  Crim. No. 3:06 Cr. 137 (VLB)
                                             :
        v.                                   :
                                             :
RONALD E. FERGUSON, CHRISTOPHER P.           :
GARAND, ROBERT D. GRAHAM,                    :
CHRISTIAN M. MILTON, and ELIZABETH A.        :
MONRAD,                                      :
                                             :
        Defendants.                          :  May 21, 2012
---------------------------------------------------------------x

## MOTION TO ADMIT DANIEL D. RUBINSTEIN AS A VISITING ATTORNEY

Pursuant to D. CONN. L. CIV. R. 83.1(d), the undersigned attorney, duly admitted to practice before this Court, hereby moves that Daniel D. Rubinstein be permitted to practice as a visiting attorney to represent defendant Ronald E. Ferguson in the above-captioned action. In support of this motion, the undersigned states as follows:

1. Mr. Rubinstein is a partner in the law firm of Winston & Strawn LLP and has an office at 35 W. Wacker Drive, Chicago, Illinois 60601-9703.

2. Attached hereto as Exhibit A, and incorporated herein by reference, is an affidavit, duly sworn and executed under penalty of perjury by Mr. Rubinstein, setting forth the information required under D. CONN. L. CIV. R. 83.1(d).

3. Attached hereto as Exhibit B is the certificate of good standing from the bar of the state in which Mr. Rubinstein has his primary office pursuant to D. CONN. L. CIV. R. 83.1(d)(4).

{01435861; 1; 2389-2 }

4. The undersigned will act as local counsel for defendant Ronald E. Ferguson in this proceeding, upon whom all papers may be served in addition to Mr. Ferguson's out-of-state counsel.

The address to which all pleadings and communications may be sent is as follows:

> Alfred U. Pavlis (ct08603)
> Finn Dixon & Herling LLP
> 177 Broad Street, 15th Floor
> Stamford, CT 06901
> Tel: (203) 325-5000
> Fax: (203) 325-5001
> E-mail: apavlis@fdh.com

5. The granting of this motion will not require modification of any scheduling order entered by the Court or the deadlines established by any standing order on scheduling.

WHEREFORE, the undersigned respectfully requests that this Court admit Daniel D. Rubinstein to practice as a visiting attorney before this Court to represent defendant Ronald E. Ferguson on all matters related to this action.

> DEFENDANT
> RONALD E. FERGUSON
>
> */s/ Alfred U. Pavlis*
> Alfred U. Pavlis (ct08603)
> FINN DIXON & HERLING LLP
> 177 Broad Street
> Stamford, Connecticut 06901
> Telephone: 203.325.5000
> Facsimile: 203.325.5001
> Email: apavlis@fdh.com

# **<u>EXHIBIT A</u>**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                                : Crim. No. 3:06 Cr. 137 (VLB)

v.                                       :

RONALD E. FERGUSON, CHRISTOPHER P.       :
GARAND, ROBERT D. GRAHAM,                :
CHRISTIAN M. MILTON, and ELIZABETH A.    :
MONRAD,                                  :
                                         :
           Defendants.                    :
------------------------------------------------------------x

AFFIDAVIT IN SUPPORT OF MOTION
FOR ADMISSION AS A VISITING ATTORNEY

Daniel D. Rubinstein, being duly sworn, hereby deposes and states:

1. I am over the age of eighteen years, and I understand the nature and obligation of an oath.

2. I submit this affidavit in support of the motion to admit me as a visiting attorney in the above-captioned action.

3. I am a partner in the law firm of Winston & Strawn LLP with the following contact information:

        Daniel D. Rubinstein
        Winston & Strawn LLP
        35 W. Wacker Drive
        Chicago, IL 60601-9703
        Telephone: 312-558-5964
        Facsimile: 312-558-5700
        Email: drubinstein@winston.com

4. I currently am a member of the following State Courts:

   1) California (Bar No. 178896 admitted December 7, 1995);

   2) District of Columbia (Bar No. 473749 admitted November 2001); and

   3) Illinois (Bar No. 6291249 admitted February 2, 2007).

I am a member of the following United States District Courts:

   1) Northern District of California (Bar No. 178896 admitted December 7, 1995);

   2) United States District Court for the Central District of California (Bar No. 178896 admitted February 13, 2009);

   3) United States District Court for the District of Columbia (Bar No. 473749 admitted November 2001); and

   4) United States District Court for the Northern District of Illinois (no registration number issued; admitted February 9, 2004).

I am also a member of the following Federal Appellate Courts:

   1) Second Circuit Court of Appeals (No registration number issued; admitted November 1, 2006);

   2) Seventh Circuit Court of Appeals (No registration number issued; admitted March 18, 2004); and

   3) Ninth Circuit Court of Appeals (No registration number issued; admitted December 19, 1995).

5. I am in good standing in each of these courts. I am not the subject of any pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

6. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

7. I have fully reviewed and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut and the Connecticut Rules of Professional Conduct.

8. The granting of this motion will not require modification of any scheduling order entered by the Court or the deadlines established by any standing order on scheduling.

9. In accordance with D. CONN. L. CIV. R. 83.1(d)(4), within 60 days of my admission as a visiting attorney, I will file with the Clerk of the Court a certificate of good standing from the bar of the state in which I have my primary office.

10. I designate my sponsoring attorney, Alfred U. Pavlis, a member of the firm of Finn Dixon & Herling LLP, 177 Broad Street, 15th Floor, Stamford, CT 06901, as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

11. I also specify Mr. Pavlis as the attorney of record with an office in the District of Connecticut upon whom service of all papers shall also be made.

Daniel D. Rubinstein

Subscribed and Sworn to before me this 16th day of May, 2012:

Notary Public

My commission expires: 1/7/13

"OFFICIAL SEAL"
LISA M. MITCHELL
Notary Public, State of Illinois
My Commission Expires 01/07/2013

# EXHIBIT B

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Daniel D. Rubinstein

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on February 2, 2007 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Tuesday, May 08, 2012.

*Carolyn Taft Grosboll*

Clerk

## CERTIFICATION

I hereby certify that on May 21, 2012, a true and correct copy of the foregoing Motion To Admit Daniel D. Rubinstein as a Visiting Attorney was served by electronic mail to the following:

Clifford H. Schoenberg, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Douglas I. Koff, Esq.
Paul Hastings LLP
75 East 55th Street
New York, NY 10022

Michael E. Horowitz, Esq.
Cadwalader Wickersham & Taft, LLP
1201 F Street, N. W., Suite 1100
Washington, DC 20004

Seth P. Waxman, Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006

Jonathan E. Rich, Esq.
Anthony Pacheco, Esq.
Keith L. Butler, Esq.
Proskauer Rose LLP
2049 Century Park East
32nd Floor
Los Angeles, CA 90067

Alan M. Vinegrad, Esq.
Douglas B. Bloom, Esq.
Covington & Burling LLP
620 Eighth Avenue
New York, NY 10018-1404

{01435861; 1; 2389-2 }

Hope Ivy Hamilton, Esq.
Covington & Burling LLP
1201 Pennsylvania Ave., N.W.
Washington, DC 20044-7566

Peter H. White, Esq.
Mayer Brown LLP
1999 K Street, N.W.
Washington, DC 20006-1101

William F. Dow, III, Esq.
Jacobs & Dow, LLC
350 Orange Street
P.O. Box 606
New Haven, CT 06503-0606

Michael S. Chernis, Esq.
Susan R. Necheles, Esq.
Tracy E. Sivitz, Esq.
Hafetz Necheles & Rocco
500 Fifth Avenue
New York, NY 10110

Richard A. Reeve, Esq.
George Gust Kouros, Esq.
Sheehan & Reeve
139 Orange Street, Suite 301
New Haven, CT 06510

Brian M. Heberlig, Esq.
Bruce S. Bishop, Esq.
David M. Fragale, Esq.
Erik L. Kitchen, Esq.
Reid H. Weingarten, Esq.
Steptoe & Johnson PLLC
1330 Connecticut Ave., N.W.
Washington, DC 20036-1795

Dominic F. Perella, Esq.
Hogan & Hartson, LLP
Columbia Square
555 13th Street, NW
Washington, DC 20004

{01435861; 1; 2389-2 }

Ira M. Feinberg, Esq.
Hogan Lovells LLP
875 Third Avenue
New York, NY 10022

Jonathan J. Einhorn, Esq.
412 Orange Street
New Haven, CT 06511

Thomas Abbenante, Esq.
1919 Pennsylvania Avenue, N.W.
Suite 200
Washington, DC 20006

Richard R. Brown, Esq.
Brown, Paindiris & Scott
100 Pearl Street
Suite 1100
Hartford, CT 06103

Richard L. Spinogatti, Esq.
Robert J. Cleary, Esq.
William C. Komaroff, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY 10036

Joseph R. Geoghegan, Esq.
Gordon & Rees LLP
95 Glastonbury Boulevard
Glastonbury, CT 06033

Patricia E. Ronan, Esq.
Rebecca C. Shore, Esq.
Roberta A. Kaplan, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison  LLP
1285 Avenue of the Americas
New York, NY 10019-6064

{01435861; 1; 2389-2 }

Alex V. Hernandez, Esq.
Pullman & Comley LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006

Benjamin Singer, Esq.
Lance Croffoot-Suede, Esq.
Lawrence Byrne, Esq.
Linklaters LLP
1345 Avenue of the Americas
New York, NY 10105

Sharon E. Jaffe, Esq.
Levin & Glasser, P.C.
P.O. Box 1098
Weston, CT 06883

Brian E. Spears, Esq.
Levett Rockwood P.C.
33 Riverside Avenue
P.O. Box 5116
Westport, CT 06881

Gregory J. Weingart, Esq.
Munger, Tolles & Olson, LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071-1560

Shelley R. Sadin, Esq.
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Blvd.
P.O. Box 1740
Bridgeport, CT 06601-1740

Stanley A. Twardy, Jr., Esq.
Day Pitney LLP
201 Broad Street
Stamford, CT 06901

Michael J. Barry, Esq.
Grant & Eisenhofer P.A.
123 Justison Street
Wilmington, DE 19801

Eric J. Glover, Esq.
Henry K. Kopel, Esq.
U.S. Attorney's Office
157 Church Street
23rd Floor
P.O. Box 1824
New Haven, CT 06510

Raymond E. Patricco, Esq.
US Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314

                                                    Alfred U. Pavlis