UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 3:06 CR 137 (VLB) |
| | : | |
| v. | : | Date: May 29, 2012 |
| | : | |
| RONALD E. FERGUSON, | : | |
| ROBERT D. GRAHAM, | : | |
| CHRISTIAN M. MILTON, | : | |
| ELIZABETH A. MONRAD, and | : | |
| CHRISTOPHER P. GARAND, | : | |
| | : | |
| Defendants. | : | |

## WAIVER OF SPEEDY TRIAL

I, Christian M. Milton, hereby waive my rights under the Speedy Trial Act, 18 U.S.C. § 3161 et. seq. from May 25, 2012 through May 31, 2013.

_____
Christian M. Milton