UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------x
:
UNITED STATES OF AMERICA :
:
-against- :
: 3:06 Cr. 00137 (VLB)
RONALD E. FERGUSON, :
CHRISTOPHER P. GARAND, :
ROBERT D. GRAHAM, :
CHRISTIAN M. MILTON, and :
ELIZABETH A. MONRAD, : May 29, 2012
:
Defendants. :
---------------------------------------------------------x

## WAIVER OF SPEEDY TRIAL

I, Ronald E. Ferguson, hereby waive my rights under the Speedy Trial Act, 18 U.S.C. § 3161 et. seq. from May 25, 2012 through May 31, 2013.

*Ronald E. Ferguson*

Ronald E. Ferguson

5-29-12

## **CERTIFICATION**

      I hereby certify that on May 29, 2012, a true and correct copy of **DEFENDANT RONALD E. FERGUSON'S WAIVER OF SPEEDY TRIAL was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.**

 

                                                  /s/ Alfred U. Pavlis  
                                                **Alfred U. Pavlis (ct08603)**  
                                                **FINN DIXON & HERLING LLP**  
                                                **177 Broad Street**  
                                                **Stamford, CT 06901-2048**  
                                                **Telephone: (203) 325-5000**  
                                                **Facsimile: (203) 32505001**  
                                                **E-mail:  apavlis@fdh.com**