UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Crim. No. 3:06CR137(VLB) |
| | : | June 22, 2012 |
| RONALD E. FERGUSON, | : | |
| CHRISTOPHER GARAND, | : | |
| ROBERT D. GRAHAM, | : | |
| CHRISTIAN M. MILTON, and | : | |
| ELIZABETH A. MONRAD, | : | |
| | : | |
| Defendants. | : | |

### GOVERNMENT'S MOTION TO MODIFY SCHEDULING ORDER

The government moves to modify, by seven (7) days, the briefing schedule for defendants' pretrial motions, as set forth in the Scheduling Order issued by the Court on February 28, 2012, as modified by this Court's orders dated May 3, 2012, May 14, 2012, May 25, 2012 and June 8, 2012.

In support of this motion, the undersigned counsel state as follows:

1. This is the fifth motion for a modification of the deadlines governing the defendants' pretrial motions.

2. Counsels for all the defendants have been contacted and indicated that they have no objection to the requested extension.

NY: 767949-1

1

3.   The proposed modification will not affect any other deadlines in the scheduling order, including the scheduled trial date for this case.[1]

4.   We respectfully submit that the requested modification of the scheduling order is warranted, and would be in the interests of justice, for the reasons set forth below.

5.   The parties have reached agreements to resolve this matter.  Documentation reflecting these agreements will be filed with the Court later today.  If these agreements are approved by the Court, it would obviate the need for the filing of the pretrial motions as well as any other pre-trial and trial proceedings in the case, thus saving the parties and the Court significant resources.

6.   The defendants have filed waivers consenting to the exclusion of time under the Speedy Trial Act through May 31, 2013.

WHEREFORE, for the foregoing reasons, the government moves to modify the scheduling order to incorporate the following new deadlines:

---

[1] The one exception is the date for defendants' expert notice and summary, which would be modified from October 1, 2012 to October 15, 2012, subject to note 3, below, in the proposed Order.

| | |
|---|---|
| **Defendants' Pretrial Motions** | **June 29, 2012** |
| **Government's Response Memoranda To Defendants' Pretrial Motions** | **August 31, 2012** |
| **Defendants' Reply Memoranda** | **October 1, 2012** |

A proposed Scheduling Order incorporating the requested modification is attached hereto as Exhibit A.

The United States, through its undersigned counsel, hereby respectfully submits with the consent of the defendants the attached proposed Scheduling Order.

> Respectfully submitted,
>
> **MICHAEL J. GUSTAFSON**
> **ATTORNEY FOR THE UNITED**
> **STATES, ACTING UNDER**
> **AUTHORITY CONFERRED BY 28**
> **U.S.C. § 515**
>
> _/s/_____
> **ERIC J. GLOVER**
> **ASSISTANT U.S. ATTORNEY**

Case 3:06-cr-00137-VLB   Document 1378   Filed 06/22/12   Page 3 of 8

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2012, a true and correct copy of the foregoing Joint Motion to Modify Scheduling Order was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by regular first-class mail to counsel unable to accept electronic filing.

Parties may access this filing through the Court's CM/ECF system.

                                  /s/
                                  **ERIC J. GLOVER**
                                  **ASSISTANT UNITED STATES ATTORNEY**

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Crim. No. 3:06CR137(VLB) |
| | : | |
| RONALD E. FERGUSON, | : | |
| CHRISTOPHER GARAND, | : | |
| ROBERT D. GRAHAM, | : | |
| CHRISTIAN M. MILTON, and | : | |
| ELIZABETH A. MONRAD, | : | |
| | : | |
| Defendants. | : | |

## SCHEDULING ORDER

In accordance with the Local Criminal Rules, and after consultation with counsel for the government and counsel for all defendants, the Court, at the request of counsel for the Government and all defendants, hereby sets the following schedule for the filing of pretrial motions and the trial of this case:

| | |
|---|---|
| Defendants' Pretrial Motions | June 29, 2012 |
| Government's Response Memoranda To Defendants' Pretrial Motions | August 31, 2012 |
| Defendants' Reply Memoranda for Defendants' Pretrial Motions | October 1, 2012 |
| Government's Witness List | August 27, 2012 |
| Government's Exhibit List and Exhibits | August 27, 2012 |

1

| | |
|---|---|
| **Government's Expert Notice & Summary for Case-in-Chief** | **September 4, 2012** |
| **Defendants' Witness List** | **September 10, 2012** |
| **Defendants' Exhibit Lists and Exhibits** | **September 10, 2012** |
| **Motions in Limine[2]** | **September 24, 2012** |
| **Government's Expert Notice & Summary for Rebuttal Case** | **October 1, 2012** |
| **Defendants' Expert Notice & Summary[3]** | **October 15, 2012** |
| **Responses to Motions in Limine** | **October 15, 2012** |
| **Replies to Motions in Limine** | **October 29, 2012** |
| **Proposed voir dire questions and questionnaire** | **November 1, 2012** |
| **Proposed jury instructions** | **November 1, 2012** |
| **Government's Jencks Act material** | **November 1, 2012** |
| **Defendants' Rule 26.2** | **November 15, 2012** |

---

[2] **Although the Court recognizes that the parties may not recognize the necessity of certain motions in limine until they have had an opportunity to consider the other side's disclosures, it encourages the parties to file motions in limine prior to this date if they have identified and are prepared to brief and argue the issue.**

[3] **Subject to resolution of defendants' position, contested by the government, that no such expert disclosure is required unless they first request expert disclosure from the government.**

(Jencks) statements

| | |
|---|---|
| Pretrial Conference | December 3, 2012 |
| Jury Selection | January 8, 2013 |
| Trial | January 22, 2013 |

\* \* \*

The Court finds that the ends of justice are served by the entry of this Scheduling Order; finds that the schedule set forth above is in the best interest of the defendants and outweighs the public interest and defendants' interest in a speedy trial; and finds that the period of delay from the entry of this order to January 22, 2013 is properly excludable under 18 U.S.C. § 3161(h)(8).

The Court finds pursuant to 18 U.S.C. § 3161(h)(8) that the ends of justice served by the extended deadlines set forth in this Scheduling Order outweigh the best interests of the public and the defendants in a speedy trial because of the unusual procedural posture of this case; the complexity of the case, including the voluminous discovery involved, the number of defendants; and the nature of the prosecution. These factors, alone and in combination, make it unreasonable to expect adequate preparation for pretrial

proceedings or for trial itself within the time limits established under 18 U.S.C. § 3161.

This schedule may be altered only by a superseding order of the Court upon a showing that the ends of justice are served thereby and that they outweigh the interest of the public and the defendants in a speedy trial.

Dated at Hartford, Connecticut, this ___ day of June, 2012.

IT IS SO ORDERED.

_____
VANESSA L. BRYANT
UNITED STATES DISTRICT JUDGE