## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 3:06CR137(VLB)** |
| | : | |
| **v.** | : | **June 22, 2012** |
| | : | |
| **RONALD E. FERGUSON,** | : | |
| **ROBERT D. GRAHAM,** | : | |
| **CHRISTIAN M. MILTON,** | : | |
| **ELIZABETH A. MONRAD, and** | : | |
| **CHRISTOPHER GARAND** | : | |
| | : | |
| **Defendants.** | : | |

### CONSENT MOTION FOR DEFERRED PROSECUTION CONTINUANCE

Pursuant to Title 18, United States Code, Section 3161(h)(2), and in light of each of the five defendants' deferred prosecution agreements (attached hereto as Exhibits A through E) with the United States Attorney's Office for the District of Connecticut, the United States Attorney's Office for the Eastern District of Virginia, and the Fraud Section of the U.S. Department of Justice, Criminal Division (the "Government"), the Government moves with the defendants' consent that any prosecution and trial of Counts One through Sixteen of the Superseding Indictment against the defendants be deferred until whichever of the following events occurs first:

1.      If the Court concludes, pursuant to the procedures set forth in paragraphs 12 and 13 of the deferred prosecution agreement, that a willful and material breach of the deferred proseuction agreement has occurred, the Government may elect to prosecute the defendant(s) found to be in breach on all counts of the Superseding Indictment, in which event the Government will request that this case be returned to the Court's calendar; or

2.      If a defendant is in compliance in all material respects with all of his or her obligations under the deferred prosecution agreement, the Government, within five (5) days of the expiration of the deferral period (*i.e.,* twelve months from the entry of the Court's order continuing the case for deferred prosecution, as set forth in paragraph 6 of the deferred prosecution agreement), will file a motion with the Court seeking the dismissal with prejudice of the Superseding Indictment against the defendant(s) in compliance.

Respectfully submitted,

MICHAEL J. GUSTAFSON
ATTORNEY FOR THE UNITED
STATES, ACTING UNDER
AUTHORITY CONFERRED BY 28
U.S.C. § 515


_/s/_____
ERIC J. GLOVER
ASSISTANT U.S. ATTORNEY


## CERTIFICATION

I hereby certify that on June 22, 2012, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


_/s/_____
ERIC J. GLOVER
ASSISTANT U.S. ATTORNEY

3