UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 3:06CR137(VLB) |
| | : | |
| v. | : | June __, 2012 |
| | : | |
| RONALD E. FERGUSON, | : | |
| ROBERT D. GRAHAM, | : | |
| CHRISTIAN M. MILTON, | : | |
| ELIZABETH A. MONRAD, and | : | |
| CHRISTOPHER GARAND | : | |
| | : | |
| Defendants. | : | |

**PROPOSED DEFERRED PROSECUTION ORDER**

The motion of the United States for a continuance pursuant to Title 18, United States Code, Section 3161(h)(2) is hereby granted.

Pursuant to Title 18, United States Code, Section 3161(h)(2), and in light of each of the five defendants' deferred prosecution agreements with the United States Attorney's Office for the District of Connecticut, the United States Attorney's Office for the Eastern District of Virginia, and the Fraud Section of the U.S. Department of Justice, Criminal Division (the "Government"), the prosecution and trial of Counts One through Sixteen of the Superseding Indictment

against the defendants is hereby deferred until whichever of the following events occurs first:

    1.    If the Court concludes, pursuant to the procedures set forth in paragraphs 12 and 13 of the deferred prosecution agreement, that a willful and material breach of the deferred proseuction agreement has occurred, the Government may elect to prosecute the defendant(s) found to be in breach on all counts of the Superseding Indictment, in which event the Government may request that this case be returned to the Court's calendar; or

    2.    If a defendant is in compliance in all material respects with all of his or her obligations under the deferred prosecution agreement, the Government, within five (5) days of the expiration of the deferral period (*i.e.*, twelve months from the entry of the Court's order continuing the case for deferred prosecution, as set forth in paragraph 6 of the deferred prosecution agreement), will file a motion with the Court seeking the dismissal with prejudice of the Superseding Indictment against the defendant(s) in compliance.

3

**Dated at Hartford, Connecticut, this ___ day of June ___, 2012.**

**IT IS SO ORDERED**

_____
**VANESSA L. BRYANT
UNITED STATES DISTRICT JUDGE**