UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Crim. No. 3:06 CR 137 (VLB) |
| ) | |
| RONALD E. FERGUSON, ) | |
| CHRISTOPHER P. GARAND, ) | |
| ROBERT D. GRAHAM, ) | |
| CHRISTIAN M. MILTON, and ) | |
| ELIZABETH A. MONRAD, ) | |
| ) | August 14, 2012 |
| Defendants.   ) | |

### DEFENDANT RONALD E. FERGUSON'S
### MOTION FOR RETURN OF PASSPORT

Defendant Ronald E. Ferguson, through his undersigned counsel, respectfully moves for an order permitting the return of Mr. Ferguson's passport. In support of this motion, Mr. Ferguson states as follows:

1. In the May 16, 2006 Order Setting Conditions of Release, Mr. Ferguson was directed to surrender his passport.

2. Mr. Ferguson surrendered his passport to the Court on April 9, 2007.

3. On June 22, 2012, Mr. Ferguson entered into a Deferred Prosecution Agreement with the Government.

4. On June 25, 2012, the Court accepted the parties' Deferred Prosecution Agreements, and entered a Deferred Prosecution Order.

5. On August 14, 2012, counsel for Mr. Ferguson spoke with Assistant United States Attorney Eric Glover, who indicated that the Government consents to the return of Mr. Ferguson's passport on the condition that the undersigned counsel maintain possession of the passport when it is not being used for travel

or being submitted to the Department of State as part of an application for a new passport. Mr. Ferguson has no objection to this condition and will adhere to it.

6. In accordance with the Deferred Prosecution Order, Mr. Ferguson will give notice to his Pretrial Services Officer before traveling outside the United States.

WHEREFORE, Ronald E. Ferguson respectfully requests that the Court enter an order permitting the return of his passport.

RONALD E. FERGUSON

By: /s/ Alfred U. Pavlis
Alfred U. Pavlis (ct08603)
FINN DIXON & HERLING LLP
177 Broad Street
Stamford, Connecticut 06901
Telephone: 203.325.5000
Facsimile:  203.325.5001
Email: apavlis@fdh.com

Dan K. Webb (ct25036)
Daniel D. Rubinstein (phv05428)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
Email:  dwebb@winston.com
Email:  drubinstein@winston.com

Douglas I. Koff (phv2667616)
Joshua M. Bennett (phv05397)
Anthony Antonelli (phv05396)
PAUL HASTINGS LLP
75 East 55th Street
New York, NY  10022-3205
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: douglaskoff@paulhastings.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2012, a true and correct copy of the foregoing Motion for Return of Passport was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by regular first-class mail to counsel unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

> By: /s/ Alfred U. Pavlis
> Alfred U. Pavlis (ct 08603)
> FINN DIXON & HERLING LLP
> 177 Broad Street, 15th Floor
> Stamford, CT  06901-2689
> Tel: (203) 325-5000
> Fax: (203) 325-5001
> E-mail: apavlis@fdh.com

{01482945; 1; 2389-2 }