8363

| CUSTOMER'S ORDER NO. | DEPT. | DATE 4-9-07 |
|---|---|---|

NAME USPO Megan Nagy

ADDRESS USA v. Ronald Ferguson

SOLD BY 3:06CR137 (CFD)  CASH ☑  C.O.D.  CHARGE  ON ACCT.  MDSE. RETD.  PAID OUT

| QUAN. | | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| | 1 | USA Passport | | |
| | 2 | # 141417615 | | |
| | 3 | | | |
| | 4 | | | |
| | 5 | | | |
| | 6 | Received by HG on 4/9/07 | | |
| | 7 | | | |
| | 8 | Signature | | |
| | 9 | Received by Ronald E Ferguson | | |
| | 10 | Print name | | |
| | 11 | RONALD E. FERGUSON | | |
| | 12 | Returned on Aug. 20, 2012 | | |
| | 13 | S Felder | | |
| | 14 | | | |
| | 15 | | | |
| | 16 | | | |
| | 17 | | | |
| | 18 | | | |

REC'D BY

KEEP THIS SLIP FOR REFERENCE

TOPS FORM 46350®