UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 3:06CR137(VLB) |
| | : | |
| v. | : | June 27, 2013 |
| | : | |
| RONALD E. FERGUSON, | : | |
| ROBERT D. GRAHAM, | : | |
| CHRISTIAN M. MILTON, | : | |
| ELIZABETH A. MONRAD, and | : | |
| CHRISTOPHER GARAND | : | |
| | : | |
| Defendants. | : | |

## MOTION TO DISMISS SUPERSEDING INDICTMENT

On June 25, 2012, this Court entered a Deferred Prosecution Order [Doc. #1382]. The Order provided, among other things, that if a defendant complied in all material respects with all of his or her obligations under his or her respective deferred prosecution agreement, the Government, within five (5) days of the expiration of the deferral period (*i.e.*, twelve months from the entry of the Court's order continuing the case for deferred prosecution, as set forth in paragraph 6 of the deferred prosecution agreement), would file a motion with the Court seeking the dismissal with prejudice of the Superseding Indictment against the defendant(s) in compliance.

The Government believes that each of the five defendants has complied in all material respects with all of his or her obligations under his or her respective deferred prosecution agreement, and the Government therefore hereby moves to dismiss with prejudice the Superseding Indictment against each defendant.

Respectfully submitted,

MICHAEL J. GUSTAFSON
ATTORNEY FOR THE UNITED STATES, ACTING UNDER AUTHORITY CONFERRED BY 28 U.S.C. § 515


_/s/_____
ERIC J. GLOVER
ASSISTANT U.S. ATTORNEY
U.S. ATTORNEY'S OFFICE
157 CHURCH STREET, 23rd FL.
NEW HAVEN, CT 06510
(203) 821-3735
eric.glover@usdoj.gov

## CERTIFICATION

I hereby certify that on June 27, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_/s/_____
ERIC J. GLOVER
ASSISTANT U.S. ATTORNEY